# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID CARTER AND SEVENTY-
THREE THOUSAND NINE HUNDRED
DOLLARS AND NO/CENTS
($73,900.00) IN U.S.
CURRENCY MIXED DENOMINATIONS

NO.  2021 CW 0550

JULY 19, 2021

---

In Re:    David Carter, applying for supervisory writs, 18th
          Judicial District Court, Parish of West Baton Rouge,
          No. 1046434.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**STAY DENIED; WRIT DENIED.**

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT